# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ATIS HOLDINGS, LLC,

    Plaintiff,

v.                                                    Case No. 6:21-cv-546-RBD-LHP

CENTURY SURETY COMPANY,

    Defendant.
_____

## ORDER

In this breach of contract removal action, U.S. Magistrate Judge Leslie Hoffman Price permitted Plaintiff's last remaining counsel to withdraw in August 2022 and noted that Plaintiff, as an LLC that cannot appear *pro se*, would be required to retain substitute counsel by September 22, 2022. (Doc. 49.) Plaintiff did not, so Judge Hoffman Price ordered Plaintiff to show cause by October 24, 2022, why the case should not be dismissed for failure to prosecute; Judge Hoffman Price again ordered Plaintiff to retain counsel by that date. (Doc. 53.) Again, Plaintiff did not, so Judge Hoffman Price entered a Report and Recommendation submitting that the Court should dismiss the case. (Doc. 55 ("R&R").)

Objections to the R&R were due on November 14, 2022, but again none was filed. Two attorneys from the law firm of Danahy & Dunnavant, P.A. did appear in the case on November 8, 2022—a month and a half past Judge Hoffman Price's

deadline—but neither filed an objection to the R&R.

Given that there were no timely objections, the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Despite the belated appearance of counsel, there is no error here; Plaintiff's case is still due to be dismissed for failure to prosecute. Plaintiff has had three prior lawyers from three separate law firms appear and withdraw. (Docs. 28, 30, 49.) The inability to maintain counsel, and the prolonged delay in obtaining new counsel in violation of the Court's Orders, have unreasonably held up this case—at this point, discovery is due in just two weeks.[1] So Plaintiff has failed to diligently prosecute its case. *See* Local Rule 3.10. Finding no error, the R&R is due to be adopted in its entirety and the case dismissed.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 55) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. The Clerk is **DIRECTED** to close the file.

---

[1] Plaintiff has also failed to comply with another Court Order to select a mediator by October 7, 2022. (Doc. 52.)

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 16, 2022.

ROY B. DALTON JR.
United States District Judge